*E-Filed  4/14 /10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KOKKA AND BACKUS, PC.,                          No. C 10-00110 RS

                    Plaintiffs,                 **STANDBY ORDER TO SHOW CAUSE**

        v.

STEVEN R. BLOCH, ET AL.,

                    Defendants.
_____/

    The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **April 29, 2010**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 6, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

United States District Court
For the Northern District of California

Failure to comply with this Order may result in dismissal of the case.


IT IS SO ORDERED.


Dated:     April 14, 2010

_____
RICHARD SEEBORG
UNITED STATES JUDGE

**United States District Court**
For the Northern District of California

No. C 10-00110 RS

STANDBY ORDER TO SHOW CAUSE